| | |
|---|---|
| 1 | S. DAVID CHILDERS # 004538 |
| 2 | PHILIP A. OVERCASH #022964 |
|   | KUTAK ROCK LLP |
| 3 | 8601 North Scottsdale Road, Suite 300 |
|   | Scottsdale, AZ  85253-2742 |
| 4 | (480) 429-5000 |
| 5 | Facsimile: (480) 429-5001 |
|   | David.Childers@kutakrock.com |
| 6 | Philip.Overcash@kutakrock.com |
| 7 | *Attorneys for Defendant* |
|   | *Companion Life Insurance Company* |
| 8 | |
| 9 | JOHN C. WEST #007233 |
|   | BROWNSTEIN HYATT FARBER |
| 10 | SCHRECK, LLP |
|   | 40 North Central Avenue, 14th Floor |
| 11 | Phoenix, Arizona 85004 |
| 12 | 602-382-4070 |
|   | jwest@bhfs.com |
| 13 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regional Care Services Corporation, an Arizona Corporation; Regional Care Services Corporation Health and Welfare Employee Benefit Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Companion Life Insurance Company,<br><br>Defendant. | Case No.: 2:10-cv-02597-PHX-LOA<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

Plaintiffs, by and through their attorney, John C. West, and Defendant, by and through its attorney, Philip A. Overcash, stipulate to the entry of the attached Protective Order.

Dated March 9, 2011.

///

289305-2

KUTAK ROCK LLP

By   s/ Philip A. Overcash
    Philip A. Overcash
    8601 North Scottsdale Road, Suite 300
    Scottsdale, AZ  85253-2742

*Attorneys for Defendant Companion Life Insurance Company*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:   s/ John C. West
    John C. West
    40 North Central Avenue, 14th Floor
    Phoenix, Arizona 85004

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I certify that I am an employee of Kutak Rock LLP, and that on March 9, 2011, a true and correct copy of the foregoing was filed with this Court electronically, and was served upon all parties via the operations of the Court's CM/ECF system.

    s/   Kathryn Fitchett
    Paralegal with Kutak Rock LLP