John C. West – 007233
jwest@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
40 North Central Avenue, 14th Floor
Phoenix, AZ 85004
Telephone: 602.382.4040
Facsimile: 602.382.4020

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regional Care Services Corporation, an Arizona Corporation; Regional Care Services Corporation Health and Welfare Employee Benefit Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>Companion Life Insurance Company,<br><br>Defendant. | No. CV 10-2597-PHX-LOA<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION, FIRST SET OF REQUESTS FOR ADMISSION, AND FIRST AND SECOND SET OF NON-UNIFORM INTERROGATORIES TO DEFENDANT** |

Plaintiffs Regional Care Services Corporation and Regional Care Services Corporation Health and Welfare Employee Benefit Plan hereby provide notice that on March 10, 2011, they served by first class mail, postage prepaid, their First Set of Requests for Production of Documents to Defendant, First Set of Non-Uniform Interrogatories to Defendant, and First Set of Requests for Admission and Second Set of Non-Uniform Interrogatories to Defendant upon all counsel listed in the attached mailing certificate.

.. .. ..

.. .. ..

.. .. ..

14855\3\1513636.1

1

1  DATED this 10th day of March, 2011.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/John C. West*
    John C. West
    40 North Central Avenue, 14th Floor
    Phoenix, AZ   85004
    Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK, LLP, A LAW CORPORATION
40 North Central Avenue, 14th Floor
Phoenix, AZ 85004

14855\3\1513636.1                               2

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 10, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Philip A. Overcash – philip.overcash@kutakrock.com

S. David Childers – david.childers@kutakrock.com

☐ I hereby certify that on            , I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By  *s/Ashly Farnsworth*